# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cassandra Rena Davis ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-00031-GCM-DCK

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/23/2012 Order.

                                            Signed: August 23, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court